[No. 21121. Department Two. October 8, 1928.]

JULIA FIELDS, *Respondent*, v. WILLIAM PORTER *et al.*, *Appellants*.[1]

*William B. Bridgman*, for appellants.
*Stephen E. Chaffee*, for respondent.

PER CURIAM.—This is a companion case to that of *Baldwin v. Frisbie*, *ante* p. 294, 270 Pac. 1025, just decided, and upon the authority of that case, the judgment will be reversed and the cause remanded with direction to the superior court to dismiss the action.